**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

**June 17, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

MELISSA GUNTER; AUSTIN GUNTER;
AARON VANBUSKIRK,

     Plaintiffs - Appellants,

v.

STATE OF OKLAHOMA; CITY OF
SHAWNEE; DEPARTMENT OF THE
TREASURY; DEPARTMENT OF
INTERIOR; GOVERNOR STIT;
POTTAWATOMIE COUNTY TWENTY-
THIRD JUDICIAL DISTRICT COURT;
JOHN CANAVAN, in his individual and
official capacity as District Court Judge;
TRACY MCDANIEL, in her individual
and official capacity as Associate District
Judge; EMILY MUELLER, in her
individual and official capacity as Special
District Judge; MICHELLE FREEMAN, in
her individual and official capacity as
Guardian ad Litem; ALLEN GRUBB, in
his individual and official capacity as
District Attorney; COREY STONE, in his
individual and official capacity as Assistant
District Attorney; POTTAWATOMIE
COUNTY DEPARTMENT OF HUMAN
SERVICES; TISHA JONES, in her
individual and official capacity as child
welfare worker; BRENDEN WEAVER, in
his individual and official capacity as child
welfare worker; KREMENA ILSHIVA, in
her individual and individual capacity as
child welfare supervisor; SHERRI
HOUSE, in her individual and official
capacity as director; MARRIANNE
MILLER, in her individual and official
capacity as attorney at law; NOEL

No. 25-6043
(D.C. No. 5:23-CV-00706-SLP)
(W.D. Okla.)

TUCKER, in her individual and official capacity as attorney at law,

　　Defendants - Appellees.

_____

### ORDER AND JUDGMENT[*]
_____

Before **FEDERICO**, **BALDOCK**, and **MURPHY**, Circuit Judges.
_____

After examining the Appellants' brief and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Melissa Gunter, Austin Gunter, and Aaron VanBuskirk purport to appeal from a February 28, 2025, order of the district court resolving a series of post-judgment motions. The overwhelming bulk of their appellate brief, however, appears to be an attempt to relitigate matters previously resolved by this court in *Gunter v. Oklahoma*, Nos. 24-6049, -6069, -6070, -6078, -6079, -6080, 2025 WL 902493 (10th Cir. Mar. 25, 2025). Such an approach is barred by the law-of-the-case doctrine. *See generally Rohrbaugh v. Celotex Corp.*, 53 F.3d 1181, 1183 (10th Cir. 1995). Furthermore, to the extent the appellants seek to raise issues not presented to the district court, this court operates in accord with the general rule and does not consider issues, theories,

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

and arguments not presented below. *See Okland Oil Co. v. Conoco Inc.*, 144 F.3d 1308, 1314 n.4 (10th Cir.1998). Appellants have offered no basis or special circumstance justifying a deviation from that well-established general rule. *See id.* Finally, to the extent appellants' brief does challenge the order on appeal, we affirm for the reasons set out in the district court's thorough order. "[W]hen a [district court] accurately takes the measure of a case and articulates a cogent rationale, it serves no useful purpose for [us] to write at length." *Metro. Life Ins. Co. v. Zaldivar*, 413 F.3d 119, 120 (1st Cir. 2005) (Baldock, J., sitting by designation) (internal quotation marks omitted).

The order of the United States District Court for the District of Western Oklahoma is hereby **AFFIRMED**.

Entered for the Court

Michael R. Murphy
Circuit Judge